UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRISTOPHER SIMMS,

    Plaintiff,

    v.

CHIEF KARR, et al.,

    Defendants.

CASE NO. C10-5280BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 5). The Court having considered the Report and Recommendation and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The Report and Recommendation is **ADOPTED**;

(2)     The Plaintiff's claims and causes of action are **DISMISSED** because Plaintiff failed to prosecute the matter.

DATED this 22nd day of July, 2010.

BENJAMIN H. SETTLE
United States District Judge

ORDER