# United States District Court

WESTERN DISTRICT OF WASHINGTON

CHRISTOPHER SIMMS

        v.

CHIEF KARR, et al.,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C10-5280BHS

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Report and Recommendation is **ADOPTED**; and

The Plaintiff's claims and causes of action are DISMISSED because Plaintiff failed to prosecute the matter.

  July 22, 2010    
Date

    BRUCE RIFKIN      
Clerk

   *s/CM Gonzalez*     
Deputy Clerk